BORIS FELDMAN, State Bar No. 128838
BENJAMIN M. CROSSON, State Bar No. 247560
CHERYL W. FOUNG, State Bar No. 108868
STEPHEN B. STRAIN, State Bar No. 291572
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:       boris.feldman@wsgr.com
              bcrosson@wsgr.com
              cfoung@wsgr.com
              sstrain@wsgr.com

GIDEON A. SCHOR (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212)-999-5800
Facsimile:   (212)-999-5899
Email:       gschor@wsgr.com

*Attorneys for Defendants Larry Page, Sergey Brin,*
*Sundar Pichai, Ruth M. Porat, John L. Hennessy,*
*L. John Doerr, Roger W. Ferguson, Jr., Ann*
*Mather, Alan R. Mulally, K. Ram Shriram, Robin*
*L. Washington, Eric E. Schmidt, Diane B. Greene,*
*and Nominal Defendant Alphabet Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF  CALIFORNIA

| | |
|---|---|
| WILLIAM WESSELS, Derivatively on Behalf of ALPHABET INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>LARRY PAGE, SERGEY BRIN, SUNDAR PICHAI, RUTH M. PORAT, JOHN L. HENNESSY, L. JOHN DOERR, ROGER W. FERGUSON, JR., ANN MATHER, ALAN R. MULALLY, K. RAM SHRIRAM, ROBIN L. WASHINGTON, ERIC E. SCHMIDT, and DIANE B. GREENE,<br><br>                    Defendants,<br>          and<br><br>ALPHABET INC., a Delaware corporation,<br><br>                    Nominal Defendant. | CASE NO.:  3:19-cv-06880-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

WHEREAS, two shareholder derivative actions are pending in the United States District Court for the Northern District of California, captioned: *Wessels v. Page, et al.*, 3:19-cv-06880-RS (N.D. Cal. Oct. 22, 2019); and *Markarian v. Page, et al.*, 5:19-cv-07291-EJD (N.D. Cal. Nov. 5, 2019) (together, the "Derivative Actions");

WHEREAS, the parties agree that the Derivative Actions assert substantially identical claims for alleged breaches of fiduciary duties and related causes of action;

WHEREAS, the parties agree that the Derivative Actions also concern identical defendants, identical or substantially similar transactions or events, and call for the determination of identical or substantially similar questions of law and fact;

WHEREAS, the parties agree that the litigation of these cases before different judges would result in an unduly burdensome duplication of labor and expense for the parties and the Court, as well as potentially conflicting results;

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1.    The above-listed Derivative Actions are related under Civil Local Rule 3-12; and

2.    The later-filed *Markarian* action shall be reassigned to the Honorable Richard Seeborg and the parties and the affected Judges notified accordingly.


Dated:  December 9, 2019                       Respectfully submitted,

                                              WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation


                                              By:  ___/s/Benjamin M. Crosson_____
                                                        Benjamin M. Crosson

                                              Boris Feldman
                                              Benjamin M. Crosson
                                              Cheryl W. Foung
                                              Stephen B. Strain
                                              650 Page Mill Road
                                              Palo Alto, CA 94304-1050
                                              Telephone: (650) 493-9300
                                              Facsimile: (650) 565-5100
                                              boris.feldman@wsgr.com

1  bcrosson@wsgr.com
cfoung@wsgr.com
2  sstrain@wsgr.com

3  Gideon A. Schor (admitted *pro hac vice*)
4  1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
5  Telephone: (212) 999-5800
Facsimile: (212) 999-5899
6  gschor@wsgr.com

7  *Attorneys for Defendants Larry Page, Sergey*
*Brin, Sundar Pichai, Ruth M. Porat, John L.*
8  *Hennessy, L. John Doerr, Roger W. Ferguson,*
*Jr., Ann Mather, Alan R. Mulally, K. Ram*
9  *Shriram, Robin L. Washington, Eric E.*
*Schmidt, Diane B. Greene, and Nominal*
10  *Defendant Alphabet Inc.*

11

12  Dated:  December 9, 2019          ROBBINS LLP

13                                   By: ____/s/Steven R. Wedeking_____
                                          STEVEN R. WEDEKING
14
                                     Brian J. Robbins
15                                   Craig W. Smith
                                     Steven R. Wedeking
16                                   5040 Shoreham Place
                                     San Diego, CA 92122
17                                   Telephone: (619) 525-3990
                                     Facsimile: (619) 525-3991
18                                   brobbins@robbinsllp.com
                                     csmith@robbinsllp.com
19                                   swedeking@robbinsllp.com

20                                   *Attorneys for Plaintiff William Wessels*

21

22  Dated:  December 9, 2019          STEPHENS & STEPHENS LLP

23                                   By: ____/s/Conrad B. Stephens_____
                                          CONRAD B. STEPHENS
24
                                     Conrad B. Stephens
25                                   505 South McClelland Street
                                     Santa Maria, CA 93454
26                                   Telephone: (805) 922-1951
                                     Facsimile: (805) 922-8013
27                                   conrad@stephensfirm.com

28                                   *Attorneys for Plaintiff Harry Markarian*

**SIGNATURE ATTESTATION**

I, Benjamin M. Crosson, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Re Defendants' Administrative Motion to Consider Whether Cases Should Be Related. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Executed this __9__ day of December 2019, in Palo Alto, California.


/s/ *Benjamin M. Crosson*

BENJAMIN M. CROSSON


****

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:__12/10/19_____

The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE
DEFS.' ADMIN. MOT. TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO.: 3:19-cv-06880-RS

-4-